# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Trevor S. Shriner           BK NO. 19-04753 HWV
       Vicki L. Marsh-Shriner

                                                   Chapter 7
                      Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 **/s/ James C. Warmbrodt, Esquire**
                                                 James C. Warmbrodt, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322